MASCHOFF BRENNAN GILMORE
    ISRAELSEN & MAURIEL LLP
C.J. Veverka (*pro hac vice* forthcoming)
    *cveverka@mabr.com*
1389 Center Drive, Suite 300
Park City, UT 84098
435.252.1360

Sarah A. Casey (CA Bar No. 334839)
    *scasey@mabr.com*
100 Spectrum Center Drive, Ste. 1200
Irvine, CA 92618
949.202.1900

Attorneys for Plaintiff INTEGRATED ENGINEERING, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Integrated Engineering, LLC, a Utah limited liability company, <br><br>         Plaintiff, <br><br>     v. <br><br> Euro Motorparts Group (UK) Limited, a private limited company in England and Wales, d/b/a 034MOTORSPORT, <br><br>         Defendant. | Case No. 8:25-cv-00882 <br><br> **COMPLAINT FOR PATENT INFRINGEMENT** <br><br> JURY TRIAL DEMANDED |

MASCHOFF
BRENNAN

Plaintiff Integrated Engineering, LLC ("IE") complains against defendant Euro Motorparts Group (UK) Limited ("Euro Motorparts Group (UK)"), a private limited company limited by shares, registered under the laws of the United Kingdom (England and Wales) who, upon information and belief, is doing business in California, United States of America, unregistered, as "Euro Motorparts Group" and operates as one of its "brands" 034Motorsport ("034Motorsport") as follows:

## I.    NATURE OF THE ACTION

1.    This is a patent infringement action.  IE seeks damages for 034Motorsport's infringement of IE's patented mobile flashing technology in the United States.

## II.    PARTIES

2.    IE is a limited liability company registered to do business in Utah with its principal place of business located at 4350 W. 2100 Street, Salt Lake City, UT 84120.  IE was founded in 2007 in Salt Lake City, Utah by two brothers and has grown to be a leading provider of high-quality automotive performance products and ECU tuning software.  IE's performance products and software are the result of its innovative and development-driven culture.  As an innovative company, IE invests significant resources in research and development.  IE protects its investments by patenting the innovations it develops.

3.    Upon information and belief, 034Motorsports is one of several linked companies doing business in this District and is associated with Euro Motorsports Group, Euro Motorsports Group (UK), EMPI, Inc., and EMPI Holding Corp, Inc.

4.    On information and belief, 034Motorsport has a principal place of business located at 42968 Osgood Road, Fremont, California 94539.[1]  On information and belief, 034Motorsport was registered to do business in California from at least January 6, 2012 to

---

[1] 034Motorsport, *About Us*, https://www.034motorsport.com/about-us (last accessed March 31, 2025) ("034Motorsport's Fremont, CA Service Department is Bay Area's premier facility for Audi and Volkswagen maintenance, repair, and performance tuning.").  IE also notes that 034 Motorsport's website also lists "ZTF Automotive" as another entity using 42968 Osgood Road, Fremont, California 94539 as its address along with 521 Charcot Ave., Suite 211, San Jose, CA 95131, which it identifies as "ZTF Automotive (San Jose)."

January 1, 2016 as 034Motorsport Industries, LLC with its listed agent as Mr. Javad Shadzi.  On or around January 1, 2016, 034Motorsport Industries, LLC converted to 034Motorsport, Inc., and Mr. Shadzi remained its registered agent.  034Motorsport, Inc. was terminated as a California entity on February 22, 2022.  Upon information and belief, 034Motorsports is not currently registered as a corporation in the United States and is not registered to do business in the United States independent of Euro Motorparts Group (UK).

5.    EMPI, Inc. ("EMPI") is a corporation registered in the State of Delaware and has a principal place of business at 301 E. Orangethorpe Avenue, Anaheim, CA 92801. EMPI acquired 034Motorsport in July 2020.  Dubin Clark, *Greater Than the Sum of Its Parts! – EMPI, A Dubin Clark portfolio company, announces the acquisition of 034 Motorsport* (July 15, 2020) (available at https://www.dubinclark.com/news-article/greater-than-the-sum-of-its-parts).

6.    In 2020 Euro Motorparts Group was formed.  Euro Motorparts Group (UK) Limited is a private limited company limited by shares and is registered under the laws of the United Kingdom (England and Wales).  Euro Motorparts Group (UK) is registered as company number 12768240 in the United Kingdom and was incorporated on July 27, 2020. Gov.UK, *Euro Motorparts Group (UK) Limited*, available at https://find-and-update.company- information.service.gov.uk/ company/12768240 (last accessed April 28, 2025).  The Company director of Euro Motorparts Group (UK) is Mr. Peter Guile, a British and American citizen and resident of the United States, with a service address listed as 301 E. Orangethorpe Ave., Anaheim, California, USA 92801.  Euro Motorparts Group (UK) Limited Certificate of Incorporation dated July 27, 2020 at 3.  Upon information and belief, Euro Motorparts Group (UK) Limited is doing business in California, United States of America, unregistered, as "Euro Motorparts Group."  Upon information and belief, Euro Motorparts Group also has a principal place of business at 301 E. Orangethorpe Avenue, Anaheim, CA 92801.

7.    EMPI is listed as an initial shareholder of Euro Motorparts Group (UK) with an address at 301 E. Orangethorpe Ave., Anaheim, California, USA 92801.  Euro

1   Motorparts Group (UK) Limited Certificate of Incorporation dated July 27, 2020 at 5.

2   EMPI and EMPI Holding Corp., Inc. are still listed as entities with controlling shares of the

3   company and are still listed as having an address in this District at 301 E. Orangethorpe

4   Ave., Anaheim, California, USA 92801.  *See* Financial Statements for the Year Ended 31

5   December 2023 for Euro Motorparts Group (UK) Limited at 4 ("The Company's

6   immediate parent undertaking is EMPI, Inc., a company registered in the United States,

7   which owns 100% of the share capital. The ultimate controlling party of the Company is

8   EMPI Holding Corp., Inc., the registered office is 301 E. Orange [*sic*] Ave., Anaheim, CA

9   92801.").

10      8.     EMPI and 034Motorsports are both listed under "Brands" on Euro Motorparts

11  Group's homepage.  Euro Motorparts Group, *Brands*, available at

12  https://www.euromotorpartsgroup.com/brands (last accessed April 28, 2025).

### III.  FACTUAL BACKGROUND

13

14      9.     Since its founding in 2007, IE has set a new standard for performance products

15  in many areas including connecting rods, camshafts, valve train, and billet accessories.  IE

16  specializes in Audi and Volkswagen performance enhancing products.  IE sells its IE

17  POWERlink V4 Tune Cable | With Mobile Flashing on its website,

18  https://performancebyie.com/.  *See IE POWERlink V4 Tune Cable | With Mobile Flashing*,

19  https://performancebyie.com/products/ie-vw-audi-powerlink-flash-

20  cable?_pos=1&_sid=8c6844917&_ss=r (last visited March 31, 2025).  IE's POWERlink

21  V4 Tune Dongle uploads "IE vehicle-specific engine and transmission tuning upgrades" to

22  an ECU.  *Id.*  Users plug the POWERlink V4 Tune Dongle into their car's OBD2 port and

23  launch the app on their phone or laptop to "enjoy serious horsepower and torque gains,

24  increased acceleration, faster 0-60 times, optimized driveability, improved responsiveness,

25  multiple octanes, enthusiast drive mapping and more!"  *Id.*

26      10.    The inventions disclosed in U.S. Patent No. 12,112,159 (the "'159 patent" or

27  "Asserted Patent") exemplify IE's state-of-the-art mobile flashing technologies for vehicle

28

performance enhancements.  This invention demonstrates IE's status as a leader in the mobile flashing for vehicle performance enhancement space.

11.    The invention of the '159 patent generally relates to methods, systems, and non-transitory computer readable memory for updating vehicle modules.  IE recognized a need in the market for a system that can update vehicle modules with high fidelity and within certain operational parameters of OEM modules so that the connection is not interrupted during an update.  For example, as stated in IE's '159 patent, previous systems suffered because "[d]ue to communications problems, wired or wireless, it is possible for bits or bytes to be scrambled, and the data is not accepted by the module being programmed.  This results in a failure of programming, which can damage the module.  Thus, traditional re-programming can be frustrating for users and/or cause damage to modules and the like."  '159 patent, 4:17–23.

12.    In contrast, IE's patented smart dongle reduces failures in programming from data transmission errors by transferring the data in its entirety then will directly program and module from the OBD connector.  '159 patent, 4:24–34.

13.    Figure 5C of the '159 patent is a dataflow diagram illustrating one nonlimiting embodiment of the patented systems:



FIG. 5C

'159 patent, Figure 5C.

14.     The inventions claimed in the Asserted Patent represent innovative advances in the field of mobile flashing for vehicle performance enhancements. The claims are directed to tangible, real-world products with specific properties and characteristics. The claims are not directed to abstract ideas. Moreover, specific elements of the claims of the Asserted Patents individually and as an ordered combination were not well-understood, routine, or conventional before the priority dates of the patents. For example, the claimed inventions comprise methods, systems, and non-transitory computer readable memory for updating vehicle modules, which, alone or in the specific arrangement and combination, were not well-understood, routine, or conventional.

15.     034Motorsport sells its 034SPI (Smartphone Interface) Mobile Flashing Application, 034Motorsport's Dynamic+ Performance Software, 034Motorsport's Dynamic+ Tuning Suite, smart dongle, or infringing methods of delivering software products the ("Accused Products") in the United States and throughout the world. Nearly all, if not all, of the Accused Products 034Motorsport sells in the United States today contain technology that is patented by IE, including but not limited to the '159 patent.

16.     034Motorsport sells the Accused Products in the United States and, upon information and belief, in this District. For example, on its website, 034Motorsports lists several locations on its "Dealer Locator" within the Central District of California, where users can get 034Motorsport products. Locations include, but are not limited to Global Motorsports Group (3210 S. Shannon Street, Santa Ana, CA 92704), Pacific German (23501 Commerce Center Drive, Suite B, Laguna Hills, CA 92653), Four Season Tuning (1547 W. Struck Ave., Suite H, Orange, CA 92867), Eurocode Tuning (1872 Del Amo Blvd. Ste. A, Torrance, CA 90501), Daniel's European (481 E. Imperial Highway, Ste. E, La Habra, CA 90631), Haus of Power (514 N. Gilbert Street, Fullerton, CA 93822), VF Engineering (1191 N. Knollwood Circle, Anaheim, CA 92801), and Auto Union Tuning

(1125 Las Brisas Place, Placentia, CA 92870).[2]  034Motorsport, *Dealer Locator*, https://www.034motorsport.com/dealers.html (last accessed April 24, 2025).



*Id.* (depicting locations in this District where the Accused Products are sold).

17.    034Motorsport additionally lists dealer locations specifically for its "Dynamic+" products in this District.  034Motorsport, *Dynamic+ Performance Software*, available at https://www.034motorsport.com/dynamic-plus-performance-software-audi-volkswagen-tuning (last accessed April 24, 2025) ("LOCATE A DYNAMIC+ DEALER"). Locations include, but are not limited to, Auto Union Tuning (1125 Las Brisas Place, Placentia, CA 92870), OC Tuning (1125 Las Brisas Place, Placentia, CA 92870), BBI Autosport (17112 Palmdale Lane, Huntington Beach, CA 92647), Eurocode Tuning (1872 Del Amo Blvd. Ste. A, Torrance, CA 90501), Haus of Power (514 N. Gilbert Street, Fullerton, CA 93822), Kormodiv (6750 Central Ave. Ste. B, Riverside, CA 93504), and Otto's European (201 Glendale Blvd., Los Angeles, CA 90026).  *Id.*

---

[2] To the extent location addresses are incorrectly listed on 034Motorsport's website, addresses have been independently verified and corrected herein.

*Id.*

18.     034Motorsport's 034SPI Mobile Flashing Application allows users to "easily flash your car, change fuel maps, configure live data displays, record and submit data logs to 034Motorsport's Tuning Support team, and utilize diagnostic support tools such as DTC/CEL code read/clear and more!"  034Motorsport, *Dynamic+ End User Flashing Kit R4*, https://www.034motorsport.com/034motorsport-dynamic-plus-end-user-flashing-kit.html (last accessed March 31, 2025).  It can be used with "any Dynamic+ ECU or TCU tune and the latest Dynamic+ End User Flashing Dongle (May 2023 & Newer)!"  *Id.*

//

//

//

//

//

//



*Id.* (depicting the 034Motorsport Dynamic+ Smartphone Interface ("SPI") of one of the Accused Products).



*Id.* (depicting the 034Motorsport Dynamic+ Flashing Kits dongles).

19.     On February 14, 2025, IE, through counsel, wrote to 034Motorsport, through Mr. Shadzi, to notify it that its Accused product infringes IE's '159 patent.  IE's correspondence to 034Motorsport dated February 14, 2025 is attached hereto as **Exhibit 1**.

20.     Though representatives from 034Motorsport have acknowledged receipt of IE's February 14, 2025 letter, 034Motorsport has nevertheless continued to sell and offer for sale the Accused Products in this District and throughout the United States.

21.     Upon information and belief, 034Motorsport has been on notice of infringement of the Asserted Patent since at least February 14, 2025, prior to the filing of this lawsuit.

22.     IE has satisfied the statutory requirement to mark its products in accordance with 35 U.S.C. § 287.  *See IE POWERlink V4 Tune Cable | With Mobile Flashing*, https://performancebyie.com/products/ie-vw-audi-powerlink-flash-cable?_pos=1&_sid=799214e34&_ss=r (last accessed April 24, 2025) ("Wireless flashing is Patent Protected by US Patent #1211215812,112,159").

## IV.   JURISDICTION AND VENUE

23.     This action arises under the U.S. Patent Act, codified at 35 U.S.C. § 1 et seq., and, including but not limited to, 35 U.S.C. §§ 271, 281, 283, 284 and 285.

24.     This Court has original jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a) because the claims arise under the patent laws of the United States.

25.     This Court has personal jurisdiction over 034Motorsport in this action because 034Motorsport has committed acts within this District giving rise to this action and has established minimum contacts with this forum such that the exercise of jurisdiction over 034Motorsport would not offend traditional notions of fair play and substantial justice. *See, e.g.*, 034Motorsport, *Dealer Locator*, https://www.034motorsport.com/dealers.html (last accessed March 31, 2025).

26.     034Motorsport, directly and/or through subsidiaries or intermediaries, has committed and continues to commit acts of infringement in this District by, among other

things, making, using, offering for sale, selling, and importing products that infringe the Asserted Patent, such as the 034SPI Mobile Flashing Application.

27. By knowingly putting at least the 034SPI Mobile Flashing Application into the stream of commerce in this District, 034Motorsport has purposefully availed itself of the privileges of conducting business in the United States, California, and this District, and sought the protection and benefits from the laws of the United States and California and thus has subjected itself to personal jurisdiction here.

28. Venue is proper in this Court under 28 U.S.C. §§ 1391 and 1400(b). 034Motorsport has transacted business in this District and has committed acts of infringement in this District by, among other things, making, using, offering to sell, selling, and/or importing products that infringe the Asserted Patent.

29. On information and belief, Euro Motorparts Group and EMPI have regular and established places of business in this District and maintain physical offices with employees in this District at 301 E. Orangethorpe Avenue, Anaheim, CA 92801.

30. 034Motorsport sells the Accused Products in this District at several locations that are advertised on its website. *See* 034Motorsport, *Dealer Locator*, https://www.034motorsport.com/dealers.html (last accessed March 31, 2025); 034Motorsport, *Dynamic+ Performance Software*, available at https://www.034motorsport.com/dynamic-plus-performance-software-audi-volkswagen-tuning (last accessed April 24, 2025) ("LOCATE A DYNAMIC+ DEALER").

31. 034Motorsports also sells the Accused Products on its online retail store (https://www.034motorsport.com/) to customers in this District and ships its products to this District. See, for example, a Shopping Cart on 034Motorsport's website with an Accused Product shipping to the zip code of the Southern Division Ronald Reagan Federal Building and United States Courthouse:

//

//

//

Maschoff
Brennan



## V.   CLAIMS FOR RELIEF

First Claim for Relief:

(Infringement of U.S. Patent No. 12,112,159)

32.    IE incorporates by reference the allegations contained in the foregoing paragraphs.

33.    The '159 patent is titled System and Methods for Staging Data and Updating Vehicle Modules Using Staged Data.  The '159 patent issued on October 8, 2024 and claims priority to at least no later than October 29, 2023.  A copy of the '159 patent is attached hereto as **Exhibit 2**.  IE is the assignee of all rights, titles, and interests in and to



the '159 patent and holds the right to sue and recover for past, present, and future infringement thereof. 034Motorsport is not licensed to practice the '159 patent.

34.    034Motorsport is liable for infringement of the '159 patent in violation of at least 35 U.S.C. § 271(a) by making, using, selling, offering for sale and/or importing into the United States products, such as 034SPI Mobile Flashing Application, that incorporate the innovations of the '159 patent that infringes at least one claim of the '159 patent, e.g., claim 1.

35.    Claim 1 of the '159 patent recites: "A system for staging data and updating vehicle modules using staged data, the system comprising: a user interface device, wherein the user interface device is configured to: receive and store a re-program file from a server; and display a graphical user interface configured to receive a user input to initiate a re-program process for at least one onboard module of a vehicle; and a programming device configured to be physically and communicably coupled to an onboard port of the vehicle, wherein the onboard port is configured to be communicably coupled with the at least one onboard module, the programming device is configured to be communicably coupled, via a wired or wireless communication, to the user interface device, and the programming device is configured to: receive, via a defined sequence of messages with the user interface device, and store, via defined operations with a local cache, one or combinations of: data checksum map metadata, protocol map metadata, data checksum map information, protocol map information, and a data map (collectively, mapping-and-byte data); in response to receiving an instruction message from the user interface device, re- program the at least one onboard module using the mapping-and-byte data; and in response to determining a checksum condition is satisfied, transmit a re-program success message to the user interface device." '159 patent, Claim 1.

36.    The 034SPI Mobile Flashing Application meets each of the elements of claim 1 of the '159 patent as follows:

//

//

37.     The 034SPI Mobile Flashing Application is a system for staging data and updating vehicle modules using staged data.  Its capabilities include updating vehicle modules.

38.     The 034SPI Mobile Flashing Application has a user interface device as it uses a smartphone, tablet, or laptop computer to run the application.



Apple App Store, 034SPI app developed by 034Motorsport,

https://apps.apple.com/us/app/034spi/id6468930588?platform=iphone (last accessed

March 31, 2025).

//

//

//

//

//

//



*Id.*

39.     The 034SPI Mobile Flashing Application receives and stores a re-program file from a server.



1    *Id.* (showing "programming" in process on the user interface).

2    40.    The 034SPI Mobile Flashing Application displays a graphical user interface

3    configured to receive a user input to initiate a re-program process for at least one onboard

4    module of a vehicle as it uses an app for a smartphone, tablet, or laptop computer.



17    *Id.* (showing "programming" in process on the user interface).

18    41.    The 034SPI Mobile Flashing Application has a programming device

19    configured to be physically and communicably coupled to an onboard port of the vehicle

20    wherein the onboard port is configured to be communicably coupled with the at least one

21    onboard module because it has a smart dongle that is coupled with the user's smartphone,

22    tablet, or laptop computer.

23    //

24    //

25    //

26    //

27    //

28    //

034Motorsport, *Dynamic+ End User Flashing Kit R4*,

https://www.034motorsport.com/034motorsport-dynamic-plus-end-user-flashing-kit.html

(last accessed March 31, 2025).



**034Motorsport End User Flashing Kit Contents:**

- 034Motorsport OBD-II Adapter
- USB-C to USB-A Cable
- USB-C to USB-C Cable
- Carrying Case
- User Credentials (Provided Via Email)

**034Motorsport End User Flashing Kit Connectivity:**

- iPhone/iOS Mobile/Apple Silicone Mac Laptops: Bluetooth Only
- Android Phone/Mobile Device: Bluetooth or Direct USB-C to Device Connection
- Windows 10/11 PC or Laptop: USB-C to Device Connection Only

*Id.*

42.    The 034SPI Mobile Flashing Application the programming device is

configured to be communicably coupled, via a wired or wireless communication, to the

user interface device via a cable that runs between the smart dongle and the under interface

device (a smartphone, tablet, or laptop computer) or via Bluetooth connections.

MASCHOFF
BRENNAN

1

2

3

4

5

6

7

8

9

10

11  *Id.*



**034Motorsport End User Flashing Kit Contents:**

- 034Motorsport OBD-II Adapter
- USB-C to USB-A Cable
- USB-C to USB-C Cable
- Carrying Case
- User Credentials (Provided Via Email)

**034Motorsport End User Flashing Kit Connectivity:**

- iPhone/iOS Mobile/Apple Silicone Mac Laptops: Bluetooth Only
- Android Phone/Mobile Device: Bluetooth or Direct USB-C to Device Connection
- Windows 10/11 PC or Laptop: USB-C to Device Connection Only

20  *Id.*

21     43.    The 034SPI Mobile Flashing Application is a programming device configured

22  to receive, via a defined sequence of messages with the user interface device, and store, via

23  defined operations with a local cache, one or combinations of: data checksum map

24  metadata, protocol map metadata, data checksum map information, protocol map

25  information, and a data map (collectively, mapping-and-byte data).  On information and

26  belief, this is part of the normal workflow in order for the program to download and run the

27  software.  "End User Flashing allows Dynamic+ Performance Software customers to

28  //

receive and install software updates and revisions, flash back to stock, or upgrade to the next stage of performance software for their vehicle." *Id.*

44.    In a video posted to the 034Motorsport YouTube page, 034Motorsport employees answer questions about the 034SPI Mobile Flashing App.  In response to a question from a customer regarding "what fail safes are in place if there happens to be a Bluetooth connection hiccup during a flash."  034Motorsport, *034SPI Mobile Flashing App Official Release!*, YOUTUBE at 15:48 (Nov. 6, 2023) (available at https://www.youtube.com/live/U4fETBS0WBE?t=948s).



*Id.* at 15:53.

45.    The employee responds that "this is one of the reasons we – we – we moved to this – this newer generation cable.  It's got enough storage onboard –that we're able to essentially buffer all of the data ahead of time that we need to transfer and then it handles the actual transfer of data to the controller once you initiate the flash . . . ."  *Id.* at 15:55–16:12.

1
2
3
4
5
6
7
8
9
10
11
12
13



14  *Id.* at 16:04.
15
16
17
18
19
20
21
22
23
24
25
26
27
28  *Id.* at 16:10.

46.     The 034SPI Mobile Flashing Application in response to receiving an instruction message from the user interface device, re-program the at least one onboard module using the mapping-and-byte data.  On information and belief, this is required in order for the program to download and run the software.  "End User Flashing allows Dynamic+ Performance Software customers to receive and install software updates and revisions, flash back to stock, or upgrade to the next stage of performance software for their vehicle."  034Motorsport, *Dynamic+ End User Flashing Kit R4*, https://www.034motorsport.com/034motorsport-dynamic-plus-end-user-flashing-kit.html (last accessed March 31, 2025).

47.     The 034SPI Mobile Flashing Application in response to determining a checksum condition is satisfied, transmit a re-program success message to the user interface device.  On information and belief, this is required in order for the program to download and run the software.  "End User Flashing allows Dynamic+ Performance Software customers to receive and install software updates and revisions, flash back to stock, or upgrade to the next stage of performance software for their vehicle."  *Id.*

48.     IE has been damaged by, and will continue to be damaged by, 034Motorsport's infringement of the '159 patent, and thus is entitled to recover damages from 034Motorsport to compensate for the infringement.

49.     IE is entitled to damages adequate to compensate it for the infringement but in no event less than a reasonable royalty.

50.     034Motorsport's infringement is deliberate and willful at least because 034Motorsport has had notice of infringement of the '159 patent since receiving IE's communications of February 14, 2025.

## VI.  PRAYER FOR RELIEF

WHEREFORE, IE respectfully prays for the following relief:

A.     A finding that 034Motorsport is liable for infringement of at least one claim of the Asserted Patent.

//

B.    Award IE damages adequate to compensate it for 034Motorsport's infringement of the Asserted Patent, pursuant to 35 U.S.C. § 284.

C.    A finding that 034Motorsport's infringement is willful, as set forth in the above claims, and pursuant to 35 U.S.C. § 284, increase the damages awarded up to three times the amount found or assessed because of, at least, 034Motorsport's willful conduct.

D.    A finding that this case is exceptional under 35 U.S.C. § 285 and award IE its reasonable attorneys' fees accordingly.

E.    Enter a permanent injunction preventing 034Motorsport from committing acts of infringement of the Asserted Patent.

F.    Award IE pre-judgment and post-judgment interest.

G.    Tax IE's costs to 034Motorsport.

H.    Award IE such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), IE hereby demands a trial by jury on all issues and claims so triable.


DATED: April 28, 2025              Respectfully submitted,

                                   MASCHOFF BRENNAN

                                   By: /s/ Sarah A. Casey
                                   Attorneys for INTEGRATED ENGINEERING, LLC