**JASON A. WRUBLESKI**, SBN 251766
jwrubleski@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone:  503-222-9981

**ERIC BLANK,** SBN 277147
eblank@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
800 West El Camino Real, Suite 180
Mountain View, CA 94040
Telephone:     650-396-1401

**NIKA ALDRICH**, admitted *pro hac vice*
naldrich@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone:  206-622-1711

*Attorneys for Defendants EMPI, Inc.*
*and RacingLine, Ltd*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **INTEGRATED ENGINEERING, LLC**, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**EMPI, INC**., a Delaware corporation, d/b/a **034MOTORSPORT**, and **RACINGLINE LIMITED**, a private limited company in England and Wales,<br><br>Defendants. | Case No. 4:25-cv-09118-AMO<br><br>[~~PROPOSED~~] ORDER MODIFYING CASE SCHEDULE PURSUANT TO COURT'S ORDER (Dkt. No. 108) |

*Pursuant to the Court's Order, Defendants hereby submit "a proposed order which extends all case deadlines by approximately 30 days." (Dkt. No. 108.) Plaintiff Integrated Engineering, LLC ("IE") declined to join in this Court-ordered submission, but has not indicated opposition to any of the proposed dates below.*

Having considered the parties' Stipulation to Modify Scheduling Order and Withdraw Pending Motions (Dkt. No. 107) and materials submitted in support, and good cause appearing therefor, **IT IS HEREBY ORDERED THAT** the parties' request for an extension is **GRANTED-IN-PART**, as modified below.

The dates of the scheduling order are amended as follows. All deadlines and limitations not set forth herein remain unchanged.

| Event | Current | Modified |
|---|---|---|
| Invalidity Contentions (PLR 3-3, 3-4) | June 22, 2026 | July 22, 2026 |
| Exchange Proposed Terms for Construction (PLR 4-1) | July 6, 2026 | Aug. 5, 2026 |
| Exchange Preliminary Claim Construction and Extrinsic Evidence (PLR 4-2) | July 27, 2026 | Aug. 26, 2026 |
| Damages Contentions (PLR 3-8) | Aug. 11, 2026 | Sept. 10, 2026 |
| Claim Construction Expert Reports (PLR 4-3) | Aug. 21, 2026 | Sept. 21, 2026 |
| Joint Claim Construction and Prehearing Statement (PLR 4-3) | Aug. 21, 2026 | Sept. 21, 2026 |
| Responsive Damages Contentions (PLR 3-9) | Sept. 10, 2026 | Oct. 12, 2026 |
| Claim Construction Discovery End (PLR 4-4) | Sept. 21, 2026 | Oct. 21, 2026 |
| Opening Claim Construction Brief and Supporting Evidence (PLR 4-5(a)) | Oct. 5, 2026 | Nov. 4, 2026 |
| Responsive Claim Construction Brief and Supporting Evidence (PLR 4-5(b)) | Oct. 19, 2026 | Nov. 18, 2026 |
| Reply Claim Construction Brief and Rebuttal Evidence (PLR 4-5(c)) | Oct. 26, 2026 | Nov. 25, 2026 |
| Damages Meeting Certification (PLR 3-10) | Nov. 9, 2026 | Dec. 9, 2027 |

-1-

| Technology Tutorial | Feb. 4, 2027 | ~~Proposed: March 8, 2026~~ 3/11/27 |
| Claim Construction Hearing (PLR 4-6) | Feb. 11, 2027 | ~~Proposed: March 15, 2026~~ 3/18/27 |
| Advice of Counsel Disclosures (PLR 3-7) | *Markman* order +30 days | No change |

**IT IS SO ORDERED.**

Dated:    6/22/2026

HON. ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE

-2-

[~~PROPOSED~~] ORDER MODIFYING CASE
SCHEDULE