UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Integrated Engineering, LLC, a Utah limited liability company                    ,

Plaintiff(s),

v.

EMPI, Inc., a Delaware corporation, and RacingLine Limited, a private limited company in England and Wales                    ,

Defendant(s).

Case No. 4:25-cv-09118-AMO

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, R. Parrish Freeman         , an active member in good standing of the bar of Utah                              , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Integrated Engineering, LLC      in the above-entitled action. My local co-counsel in this case is Christina L. Trinh            , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 307879           .

1389 Center Drive, Suite 300
Park City, Utah 84098
MY ADDRESS OF RECORD

(435) 252-1360
MY TELEPHONE # OF RECORD

PFreeman@mabr.com
MY EMAIL ADDRESS OF RECORD

100 Spectrum Center Drive, Suite 1200
Irvine, California 92618
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(949) 202-1900
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

CTrinh@mabr.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 7529         .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0       times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 24, 2026                                    R. Parrish Freeman
                                                       APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  R. Parrish Freeman         is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:         7/9/2026

ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021                          2